# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 14-00026-JLS (JPRx) | Date | June 13, 2014 |
|---|---|---|---|
| Title | Retrophin, Inc. v. Questcor Pharmaceuticals, Inc. | | |

| Present: The Honorable | JOSEPHINE L. STATON, U.S. District Judge |
|---|---|

| Terry Guerrero | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Tami Sims | Mark Popofsky |
| Mark Ciani | Annie Knuth |
| James Calder | |

**Proceedings:**   Defendant's Motion to Dismiss Complaint [21]

Matter called. Oral arguments heard. Matter taken under submission.

: 17

Initials of Preparer   tg