# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETROPHIN, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br> v.<br><br>QUESTCOR PHARMACEUTICALS, INC., a California corporation,<br><br>     Defendant. | Case No.: SACV 14-00026-JLS (JPRx)<br><br>**ORDER EXTENDING DEADLINES IN SCHEDULING ORDER** |

Having considered the parties' Joint Stipulation Requesting Extension of Deadlines in Scheduling Order, and the accompanying Declaration of Mazda K. Antia in support thereof, and good cause appearing therefor, IT IS HEREBY ORDERED that the deadlines set forth in the Scheduling Order of August 12, 2014 (Doc. 35) are continued as follows:

| | |
|---|---|
| Fact Discovery Cut-off: | October 9, 2015 |
| Last Day to Serve Initial Expert Reports: | October 30, 2015 |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): | October 30, 2015 |
| Last Day to Serve Rebuttal Expert Reports: | November 20, 2015 |
| Last Day to Conduct Settlement Proceedings: | December 11, 2015 |
| Expert Discovery Cut-off: | December 18, 2015 |
| Last Day to File *Daubert* Motions: | January 15, 2016 |
| Last Day to File Motions in Limine (excluding *Daubert* motions): | January 29, 2016 |
| Final Pretrial Conference (1:30 p.m.): | February 26, 2016 |
| Exhibit Conference (3:30 p.m.): | March 11, 2016 |
| Jury Trial (9:00 a.m.): | March 15, 2016 |
| Trial Estimate: | 15 days |

**SO ORDERED:**

Dated: March 13, 2015

_____  Honorable Josephine L. Staton
United States District Judge